COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-329-CV

BOB AND JANE DURHAM
 
APPELLANTS

V.

STEVE AND CATHY STROUD
 APPELLEE
S

 
 

----------

FROM COUNTY COURT AT LAW OF COOKE COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellants’ Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL:  GARDNER, DAUPHINOT, and MEIER, JJ.

DELIVERED:  January 8, 2009

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.